IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE EASTERLY,<br><br>                    Petitioner,<br><br>v.<br><br>WARDEN, USP-ATWATER,<br><br>                    Respondent. | CASE NO. 1:23-CV-00878-EPG (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 9) |

On September 25, 2023, Respondent requested an extension of time to December 6, 2023, to file its motion to dismiss or response to Petitioner's 28 U.S.C. § 2241 petition because additional time is needed to obtain documents from the court of conviction. (ECF No. 9.)

IT IS HEREBY ORDERED that the Respondent's request for an extension is GRANTED. The response is now due December 6, 2023.

IT IS SO ORDERED.

Dated:  **September 26, 2023**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE