# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE EASTERLY,<br><br>      Petitioner,<br><br>    v.<br><br>TRATE,<br><br>      Respondent. | Case No. 1:23-cv-00878-EPG-HC<br><br>ORDER TO SHOW CAUSE |

Petitioner Kyle Easterly is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 27, 2023, the Court ordered Respondent to file a response to the petition. (ECF No. 6.) On September 26, 2023, the Court granted Respondent an extension of time until December 6, 2023, to file a response to the petition. (ECF No. 10.) To date, Respondent has yet to file a response. Rule 110 of the Local Rules of Practice for the United States District Court, Eastern District of California ("L.R.") provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L.R. 110.

///

///

1

Accordingly, it is HEREBY ORDERED that within SEVEN (7) days of the date of service of this order, Respondent shall show cause why appropriate sanctions should not be imposed for failure to obey the Court's order.

IT IS SO ORDERED.

Dated: __**December 14, 2023**__         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE