# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE EASTERLY,<br><br>    Petitioner,<br><br>    v.<br><br>TRATE,<br><br>    Respondent. | Case No. 1:23-cv-00878-EPG-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 12) |

Petitioner Kyle Easterly is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 27, 2023, the Court ordered Respondent to file a response to the petition. (ECF No. 6.) On September 26, 2023, the Court granted Respondent an extension of time until December 6, 2023, to file a response to the petition. (ECF No. 10.) On December 14, 2023, the Court ordered Respondent to show cause why sanctions should not be imposed given that Respondent had failed to file a response in accordance with the Court's order. (ECF No. 12.) On December 15, 2023, Respondent filed a response to the order to show cause, informing the Court that the failure was due to an unintentional calendaring error. (ECF No. 13.)

///
///
///

1    In light of Respondent's response, IT IS HEREBY ORDERED that the order to show cause (ECF No. 12) is DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 18, 2023**         /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE