IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE EASTERLY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, USP-ATWATER,<br><br>Respondent. | CASE NO. 1:23-CV-00878-EPG (HC)<br><br>ORDER SEALING DOCUMENT AS SET FORTH IN GOVERNMENT'S NOTICE<br><br>(ECF No. 22) |

Pursuant to Local Rule 141(b) and based upon the representation contained in Respondent's Request to Seal, IT IS HEREBY ORDERED that Appendix pp 76–109 to Respondent's Motion to Dismiss and Response to Petitioner's 2241 Petition pertaining to Easterly, and Respondent's Request to Seal, shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Petitioner.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Respondent's Request, sealing the Request and Appendix pp 76–109 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Respondent would be harmed. In light of the public filing of the government's Notice to Seal, the Court further finds that there are no

additional alternatives to sealing the government's Request and Appendix pp 76–109 that would adequately protect the compelling interests identified by Respondent.

IT IS SO ORDERED.

Dated: **February 22, 2024**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE